UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD KLINE, LINDA KLINE, and
IRREONA BYRD, individually and on
behalf of similarly situated persons,

                Plaintiffs,            Case No. 21-11272

v.                                  Honorable Nancy G. Edmunds

FISHMAN GROUP PC, *et al.*,

                Defendants.

_____/

**JUDGMENT**

    In accordance with the Court's opinion and order entered this date,

    IT IS ORDERED AND ADJUDGED that Defendants' motion to dismiss is GRANTED, and this case is hereby DISMISSED WITHOUT PREJUDICE.

    SO ORDERED.

                        s/Nancy G. Edmunds
                        Nancy G. Edmunds
                        United States District Judge

Dated: February 28, 2022

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 28, 2022, by electronic and/or ordinary mail.

                        s/Lisa Bartlett
                        Case Manager